IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-mj-00083 DLB |
| Plaintiff, | ) ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| | ) ) | (Fed. R. Crim. P. 48(a)) |
| v. | ) ) | |
| ANTONIO CHAVEZ, | ) ) | |
| | ) ) | |
| Defendant. | ) ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed without prejudice as to ANTONIO CHAVEZ, in the interest of justice in that the defendant is now deceased  The Court further orders the recall of any warrant.

IT IS SO ORDERED.

Dated:   June 17, 2010                             _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

1